FILED IN
COURT OF CRIMINAL APPEALS

October 8, 2015

ABEL ACOSTA, CLERK

A-77,042
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/7/2015 6:12:20 PM
Accepted 10/8/2015 8:04:42 AM
ABEL ACOSTA
CLERK

AP-77,042

| | | |
|---|---|---|
| FIDENCIO VALDEZ | () | IN THE TEXAS COURT |
| | () | |
| V. | () | OF CRIMINAL APPEALS |
| | () | |
| STATE OF TEXAS | () | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## DEFENDANT-APPELLANT'S BRIEF

To the Court of Criminal Appeals:

Fidencio Valdez, Appellant in this cause, moves the Court for an extension of time for filing defendant-appellant's brief, and in support of this motion shows:

### I.

This is an appeal from the 384th Judicial District Court for the State of Texas .

### II.

If no extension of time is granted by this Court, the brief of appellant must be filed by the 5th day of October, 2015. One extension of time has been requested or granted previously by the Court.

### III.

A reasonable explanation of the need for more time for filing Appellant's brief exists, in that Defendant-Appellant's counsel received the record last month and there are 66 volumes to review. This request is out of time because when counsel called regarding the first extension he understood the extension would be for 90 days, in calculating the time he did not include the first 30 days and calendared November 4, 2015. When the request was granted he did not review the order thoroughly. Counsel is also working on a

complicated federal appeal in the United States v. Charles Marquez in the 5th Circuit Court of Appeals, Docket Number 14-50968. Additionally, counsel is also working on a brief in the State of Texas v. Daniel Chavira in the Eighth Court of Appeals, Docket Number 08-15-00128. In addition a daily trial docket.

## IV.

An extension of time for filing Appellant's brief will not delay submission of this cause in its prescribed order, and no harm will result to the Appellee as a result of an extension of time for filing briefs, in that this case has not been set for submission.

**Wherefore** , Appellant requests that the Court enter an order extending the time for filing Appellant's brief to the 5th day of December, 2015.

Respectfully submitted,

Joseph D. Vasquez
310 N. Mesa, Suite 710
El Paso, Texas 79901
Telephone No. (915) 542-4556
Facsimile No. (915) 543-6309
State Bar No. 00788581
Attorney for Appellant

## CERTIFICATE OF SERVICE

I served a copy of the foregoing Motion for Extension of Time to file Appellant's Brief on the District Attorney's Office via hand delivery on the 7th day of October, 2015.

Joseph D. Vasquez
Attorney for Defendant-Appellant

**The State of Texas** §

§

**County of El Paso** §

**Before me** , the undersigned authority, personally appeared Joseph D. Vasquez, counsel for Appellant, who upon oath deposes and says that he is counsel of record for the Appellant herein and as such is fully capable, authorized, competent and qualified to make this affidavit; that he executed the same for, and on behalf of said Appellant for all purposes, and further states that the statements herein contained are true and correct.

Joseph D. Vasquez
Attorney for Appellant

**Subscribed and Sworn to** by the said Joseph D. Vasquez, attorney for Appellant, this the 7th day of October, 2015, to certify which witness my hand and seal of office.

Notary Public
State of T E X A S

Judith French
State of Texas, Notary Public
My Commision Expires
September 21, 2017